# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### No. 1:18-cv-502

| | |
|---|---|
| LLOYD BUFFKIN JR. et al., *Plaintiffs* v. ERIK HOOKS et al., *Defendants*. | **JOINT MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CONSENT DECREE** |

Defendants and the appointed representatives of the Plaintiff class, Lloyd Buffkin Jr. and Robert Parham ("Class Representatives"), respectfully move the Court under Federal Rule of Civil Procedure 23 to:

- preliminarily approve their negotiated proposed consent decree, attached as Exhibit A, to resolve all remaining claims in this action;

- approve their proposed form of notice of settlement to class members, attached as Exhibit B; and

- set a date for hearing on the fairness, adequacy, and reasonableness of the proposed consent decree on or after January 4, 2021.

In support of this Joint Motion, the parties submit the brief at Dkt. 111.

Respectfully submitted this 5th day of October, 2020 by:

/s/Emily E. Seawell
Emily E. Seawell*
N.C. State Bar No. 50207
Daniel K. Siegel*

**JOSHUA H. STEIN**
**Attorney General**

/s/Orlando L. Rodriguez

1

N.C. State Bar No. 46397
Jaclyn A. Maffetore
N.C. State Bar No. 50849
ACLU of North Carolina
Legal Foundation, Inc.
PO Box 28004
Raleigh, NC 27611
919-834-3466
eseawell@acluofnc.org

/s/Michele Luecking-Sunman
Michele Luecking-Sunman*
N.C. State Bar No. 31655
Cory Tischbein
N.C. State Bar No. 55331
N.C. Prisoner Legal Services
PO Box 25397
Raleigh, NC 27611
919-856-2200
ctischbein@ncpls.org

*Attorneys for Plaintiffs*
*\*Class Counsel*

Orlando L. Rodriguez
Assistant Attorney General
N.C. State Bar No. 43167
N.C. Department of Justice
Public Safety Section
Post Office Box 629
Raleigh, North Carolina 27602-0629
919.716.6567
orodriguez@ncdoj.gov

*Attorney for Defendants*

2

## CERTIFICATE OF SERVICE

I certify that this day I served the foregoing by filing it with the CM/ECF system, which has provided notice to all counsel of record.

This 5th day of October, 2020.

/s/Emily E. Seawell
Emily E. Seawell
*Class Counsel*
