IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:18-cv-502

| | | |
|---|---|---|
| LLOYD BUFFKIN JR. et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| ERIK HOOKS et al., | ) | |
| | ) | |
| *Defendants*. | ) | |

Pursuant to Local Rule 83.3, Plaintiffs hereby give notice that the parties have reached a settlement agreement as to Plaintiffs' pending motion for attorney fees and bill of costs. (Docs. 140, 142.)

Respectfully submitted, this the 19th day of October, 2021.

/s/Daniel K. Siegel
Daniel K. Siegel
N.C. State Bar No. 46397
Jaclyn A. Maffetore
N.C. State Bar No. 50849
Kristi L. Graunke
N.C. State Bar No. 51216
ACLU of North Carolina
Legal Foundation, Inc.
PO Box 28004
Raleigh, NC 27611
919.307.9242
dsiegel@acluofnc.org

Rebecca Gitlen
N.C. State Bar No. 50728
Michele Luecking-Sunman
N.C. State Bar No. 31655

1

N.C. Prisoner Legal Services
PO Box 25397
Raleigh, NC 27611
919-856-2200
rgitlen@ncpls.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on October 19, 2021, I filed the foregoing with the Court's electronic filing system, which will provide notice to all counsel of record.

/s/Daniel K. Siegel
Daniel K. Siegel

*Attorney for Plaintiffs*
