IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| LLOYD BUFFKIN, KIM CALDWELL, and ROBERT PARHAM, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:18CV502 |
| CASANDRA SKINNER HOEKSTRA, ABHAY AGARWAL, KENNETH LASSITER, PAULA SMITH, and NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Plaintiffs have filed a Notice of Settlement, (Doc. 146), indicating the parties have reached a settlement agreement as to Plaintiffs' pending motion for attorney's fees and bill of costs. Based on the settlement agreement, the court will deny Plaintiffs' Motion for Attorney's Fees and Costs, (Doc. 140), as moot.

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Attorney's Fees and Costs, (Doc. 140), is **DENIED AS MOOT**.

This the 10th day of November, 2021.

_____
United States District Judge